Order issued November 29, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00695-CV

## MARK MCGOWAN AND BEVERLY KIRKPATRICK-MCGOWAN, Appellants

V.

## MEADOWWOOD PARK RANCH ESTATES
## HOMEOWNERS ASSOCIATION, Appellee

## ORDER

Before Justices Bridges, Francis, and Lang

Appellants' September 18, 2012 motion for rehearing is **DENIED**.

_____
DAVID L. BRIDGES
JUSTICE